UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE $262,655.63 IN UNITED STATES CURRENCY HELD IN BANK OF AMERICA ACCOUNT XXXXXXX2872, IN THE NAME OF IMPORTADORA LEVERKUSEN, LLC, SEIZED ON DECEMBER 22, 2022 | M.B.D. No. 23-MC-91320-NMG |

## NOTICE

The United States of America, by its attorney, Joshua S. Levy, Acting United States Attorney for the District of Massachusetts, hereby gives notice to the Court that the above-captioned matter is resolved, no further action by the Court is necessary, and the matter may be closed.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: */s/ Raquelle L. Kaye*
RAQUELLE L. KAYE
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
raquelle.kaye@usdoj.gov

Dated: November 9, 2023